

# Fourth Court of Appeals
## San Antonio, Texas

December 30, 2020

No. 04-20-00494-CV

**AMERICAN MEDICAL HOME HEALTH SERVICES, LLC**, Hub City Home Health, Inc.
d/b/a American Medical Home Health Services, American Medical Home Health Services San
Antonio, LLC, American Medical Hospice Care, LLC, American Medical Palliative Support,
LLC, Magdalena (Maggie) Clemente, Rene Estrada, and Gina Trevino,
Appellants

v.

**LEGACY HOME HEALTH AGENCY, INC**. and Legacy Home Care Services, Inc. d/b/a All
Seasons Home Care, Inc.,
Appellees

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-CI-09053
Honorable David A. Canales, Judge Presiding

# O R D E R

The hearing set for January 4, 2021, on the Plaintiffs' Motion For Enforcement of
Temporary Injunctions and Motion For Sanctions is stayed until further order of this court. *See*
Tex. R. App. P. 29.4.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said
court on this 30th day of December, 2020.

_____
MICHAEL A. CRUZ, Clerk of Court